# United States District Court
## Southern District of Georgia

THOMAS MESSICK,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 619-075

SGT. LAWRENCE,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated March 12, 2020, the Magistrate Judge's Report and Recommendation is ADOPTED as the Court's opinion; therefore, Plaintiff's Complaint is DISMISSED without prejudice for failure to follow the Court's directive and failure to prosecute. Plaintiff is DENIED in forma pauperis status on appeal. This case stands CLOSED.

03/12/2020  
*Date*

Scott L. Poff  
*Clerk*

*Jamie Hodge*  
(By) Deputy Clerk